IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISIPPI
NORTHERN DIVISION

BRIDGETTE MORGAN                                                                                         PLAINTIFF

VS.                                                        CIVIL ACITON NO. 3:18-CV-389 HTW-LRA

HINDS COUNTY, MISSISSIPPI AND
MICHELE PURVIS HARRIS, INDIVIDUALLY                                              DEFENDANTS

## ORDER OF DISMISSAL

This cause came on for hearing on the summary judgment motions filed by the parties [doc. no. 51] [doc. no. 53] and [doc. no. 55]. During the hearing, the parties announced to the court that a settlement had been reached in this matter, which settlement was placed on the record, and all parties and counsel verbally stated their agreement on the record; and the court being desirous that this case be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed, without prejudice, as to all parties, the parties to bear their own attorneys' fees and costs. All pending motions are hereby dismissed as moot. The parties shall submit a Final Agreed Judgment within thirty (30) days, which shall be with prejudice.

If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney's fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED AND ADJUDGED, this the 12th day of August, 2019.

_s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT COURT JUDGE